# AMTRUST BANK

**MORTGAGE STATEMENT**

Visit our website at:
www.amtrust.com

**Customer Service**
**1-888-696-4444**

En Español
**1-888-696-4443**

AMTRUST BANK
PO BOX 790376
ST LOUIS MO 63179-0376

45564-0010647-003-1-000-010-000-000

MARIO MONTES
1031 S AVOCADO ST
ANAHEIM CA 92805-5702

Statement Date:         01/08/10
Loan Number:            2518766

Property Address: 1031 SOUTH AVOCADO STREET
                  ANAHEIM CA 92805

## LOAN SUMMARY

| | |
|---|---:|
| Interest Rate | 4.2500% |
| Principal Balance** | 537,568.71 |
| Escrow Balance | 3,397.85 |
| Suspense/Unapplied | 0.00 |
| **YEAR-TO-DATE** | |
| Interest Paid | 1,903.89 |
| Taxes Paid | 0.00 |

** This is NOT the amount to payoff your loan.

## PAYMENT INFORMATION

| | |
|---|---:|
| Payment Due Date | 02/01/10 |
| Interest Only | 1,903.89 |
| Escrow Payment | 468.58 |
| Optional Insurance | 0.00 |
| Buydown/Prepaid Amounts | 0.00 |
| **Monthly Payment Due** | **2,372.47** |
| Unpaid Late Charges/Fees | 0.00 |
| Past Due Amounts | 0.00 |
| **TOTAL AMOUNT DUE** | **2,372.47** |

## ACTIVITY SINCE LAST STATEMENT

| TRAN DATE | DESCRIPTION | INTEREST | PRINCIPAL | ESCROW | OPTIONAL INSURANCE | MISC FEES | LATE CHARGE /OTHER | TOTAL TRANSACTION |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| 01/08/10 | Mortgage Payment | 1903.89 | 0.00 | 468.58 | 0.00 | 0.00 | 0.00 | 2372.47 |



### IMPORTANT MESSAGES

**Your mortgage payment made easy**

You have access to make your mortgage payment ANYTIME, at your convenience. Choose the option that best fits you.
Call our **Automated Voice Response Unit** (888) 696-4444
Or visit our website at amtrust.com to make your payment electronically.
Both service options are Free when you make your payment prior to or within 10 days of your payment due date.*
*A fee may apply to these services if used on any other day that is not prior to and within 10 days of your due date.

▼ PLEASE DETACH AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT ▼

717-0748-1208F

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
9.00
2007000143289 01:11pm 03/06/07

RECORDING REQUESTED BY
[illegible] Services Group, Inc.

AND WHEN RECORDED MAIL TO:

Mario Montes
[illegible] South Avocado Street
Anaheim, CA 92805

Order No. *10530*14
Escrow No. 16158-LS
Parcel No. 234-081-18

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTORS DECLARE THAT DOCUMENTARY TRANSFER TAX IS $693.00 and CITY $
[X] computed on full value of property conveyed, or
[ ] computed on full value less liens or encumbrances remaining at the time of sale
[ ] unincorporated area    [X] Anaheim, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Maria Montes, a Single Woman and Armando Martinez, a Single Man as Joint Tenants.**

hereby GRANT to    Mario Montes, a Single Man

the following described real property in the County of Orange, State of California:

Lot 16 of Tract No. 3327 in the City of Anaheim, County of Orange, State of California as per map recorded in Book 10 Page(s) 17, 18 And 19 of Miscellaneous Maps in the Office of the County Recorder of Orange County, California.

Date: December 11, 2006

_____    _____
Maria Montes    Armando Martinez


STATE OF CALIFORNIA    }
COUNTY OF San Bernardino } S.S.

On 12/14/06, before me, Crystal Alvarez, a notary public, personally appeared **Maria Montes and Armando Martinez** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Crystal Alvarez (Seal)

CRYSTAL ALVAREZ
Commission # 1666209
Notary Public - California
San Bernardino County
My Comm. Expires May 9, 2010

FIDELITY NATIONAL TITLE

Recording Requested By:
OHIO SAVINGS BANK ATTN: DOCUMENT CONTROL

And When Recorded Mail To:
OHIO SAVINGS BANK ATTN: DOCUMENT CONTROL

1111 CHESTER AVE

CLEVELAND, OH 44114

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
57.00
2007000143290 01:11pm 03/06/07

4902-8094  [Space Above This Line For Recording Data]

# DEED OF TRUST

MIN: 100162500025187668

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated February 28, 2007 together with all Riders to this document.

(B) "Borrower" is MARIO MONTES, A SINGLE MAN

Borrower is the trustor under this Security Instrument.

(C) "Lender" is OHIO SAVINGS BANK

Federal Savings Bank organized and existing under the laws of THE UNITED STATES OF AMERICA. Lender's address is 1801 EAST NINTH STREET SUITE 200, CLEVELAND, OH 44114

(D) "Trustee" is FIDELITY NATIONAL TITLE COMPANY

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

LOAN NUMBER: 2518766
California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
THE COMPLIANCE SOURCE, INC.
Page 1 of 13
MERS Modified Form 3005 01/01
14301CA 08/00
© 2000, The Compliance Source, Inc.

(F) "Note" means the promissory note signed by Borrower and dated February 28, 2007 . The Note states that Borrower owes Lender Five hundred four thousand and NO/100ths Dollars (U.S. $ 504,000.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than March 1, 2037 .

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

- [ ] Adjustable Rate Rider   [ ] Condominium Rider              [ ] Second Home Rider
- [ ] Balloon Rider           [ ] Planned Unit Development Rider [ ] Biweekly Payment Rider
- [ ] 1-4 Family Rider        [ ] Revocable Trust Rider
- [ ] Other(s) [specify]

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(M) "Escrow Items" means those items that are described in Section 3.

(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property, (ii) condemnation or other taking of all or any part of the Property, (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

LOAN NUMBER: 2510766
California Deed of Trust Single Family Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    MERS Modified Form 3005 01/01
THE COMPLIANCE SOURCE, INC.                       Page 2 of 13

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the  County  of  ORANGE
                                                                                                                  [Type of Recording Jurisdiction]   [Name of Recording Jurisdiction]

SEE ATTACHED EXHIBIT A

Assessor's Identification Number:

which currently has the address of    1031 SOUTH AVOCADO STREET
                                        [Street]
ANAHEIM            , California    92805         ("Property Address")
[City]                              [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
1.  **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any

LOAN NUMBER: 2518766
California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    MERS Modified Form 3005 01/01
                                                    Page 3 of 13

Search Category - By Individual Person's Name
Criteria: LIKE MONTES MARIO
Date Range: 01/01/2007 to 12/31/2007

| Recording Date | Document Number | Name | Reference Name | Title |
|---|---|---|---|---|
| | | MONTES MARIO | | |
| | | MONTES MARIO | | |
| | | MONTES MARIO | | |
| | | MONTES MARIO | | |
| | | MONTES MARIO | | |
| | | MONTES MARIO | | |

Page 1 of 1    #Records: 6