```
Raymond C. Liu, Esq. (SBN 242154)
Liu & Associates
1010 W.Chapman Avenue, #200
Orange, CA 92868
Telephone: (714)516-9535
Fax: (714)400-0031

Attorney for Debtor,
Mario Montes
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Mario Montes<br>　　　　　　　　Debtor. | Case No.: 8:10-bk-12480-RK<br>CHAPTER 13<br>SUPPLEMENTAL DECLARATION OF RAYMOND C. LIU CONCERNING AUTHENTICATION OF DEED OF TRUST |

　　I, Raymond C. Liu, do hereby declare that the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of the below statements.

1. I am the Attorney of record in this instant bankruptcy proceeding, case No. 8:10-bk-12480-RK filed on February 26, 2010.
2. Our office obtained certified copies of the 1st and 2nd Deeds of Trust on the property located at 1031 South Avocado Street, Anaheim, CA 92805.
3. The aforementioned certified copies of the deeds of trusts are attached to this Declaration as Exhibits "1" and "2' respectively.

DECLARATION OF RAYMOND C. LIU CONCERNING SERVICE - 1

1  I declare under penalty of perjury that the foregoing is true and
2  correct and that this declaration is executed this __27th__ day of
3  September 2010, at Orange, California.

5  Date: September 27, 2010    /s/ Raymond Liu
                               Raymond C. Liu
6                              Attorney for Debtor
                               Mario Montes