Ja Vonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Residential Credit Solutions, Inc.,
it assignees and/or successors

FILED & ENTERED

NOV 15 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:10-bk-12480-RK |
| | ) |
| Mario Montes, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) **ORDER ON STIPULATION ON MOTION** |
| | ) **TO VALUE COLLATERAL, "STRIP** |
| | ) **OFF" AND MODIFY RIGHTS** |
| | ) **OF MORTGAGE LIEN** |
| | ) |

1

1   This is an order approving the stipulation of the parties as set forth in the Stipulation,
2 filed on 10/26/2010 as document #26 and are bound by the terms of their stipulation which shall
3 be the Order of this Court.

###

DATED: November 15, 2010

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Approving Stipulation** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 12, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| UNITED STATES TRUSTEE | TRUSTEE | COUNSEL FOR DEBTOR |
|---|---|---|
| ustpregion16.sa.ecf@usdoj.gov | Amrane Cohen (TR) | Raymond Liu |
| | efile@ch13ac.com | yoshizumir@yahoo.com |

McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Mario Montes, 1031 South Avocado Street, Anaheim, CA 92805

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**