FILED & ENTERED

DEC 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent        DEPUTY CLERK

1  Ja Vonne M. Phillips, Esq. SBN 187474
2  Kelly M. Raftery, Esq. SBN 249195
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (619) 685-4800
5  Fax (619) 685-4810

6  Attorney for: Secured Creditor,
   Residential Credit Solutions, Inc., it assignees and/or successors
7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        SANTA ANA DIVISION

12

13  In re:                              ) Case No. 8:10-bk-12480-RK
                                         )
14  Mario Montes,                        ) Chapter   13
                                         )
15          Debtor.                      )
                                         )
16                                       ) **ORDER ON STIPULATION ON MOTION**
                                         ) **TO VALUE COLLATERAL, "STRIP**
17                                       ) **OFF" AND MODIFY RIGHTS**
                                         ) **OF MORTGAGE LIEN**
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
                                         )
26  _____ )

27

28

29                      1                         File No. CA-10-35557
                   Stipulation for Adequate Protection, Case No.  8:10-bk-12480-RK

1    This is an order approving the stipulation of the parties as set forth in the Stipulation,

2    filed on **10/26/2010** as document #26 and are bound by the terms of their stipulation which shall

3    be the Order of this Court.

4                                        ###

DATED: December 27, 2010

_____
United States Bankruptcy Judge

                    2
                                              File No. CA-10-35557
              Stipulation for Adequate Protection, Case No.  8:10-bk-12480-RK

1  Ja Vonne M. Phillips, Esq. SBN 187474
   Kelly M. Raftery, Esq. SBN 249195
2  **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (619) 685-4800
   Fax (619) 685-4810
5

6  Attorney for: Secured Creditor,
   Residential Credit Solutions, Inc., it assignees and/or successors
7

8

9
                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                         SANTA ANA DIVISION
12

13 In re:                                ) Case No. 8:10-bk-12480-RK
                                          )
14 Mario Montes                          ) Chapter  13
                                          )
15                                        )
          Debtor,                         )
16                                        ) **STIPULATION AND ORDER ON**
                                          ) **MOTION TO VALUE COLLATERAL,**
17                                        ) **"STRIP OFF" AND MODIFY RIGHTS**
                                          ) **OF MORTGAGE LIEN**
18                                        )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )
                                          )
26                                        )
                                          )
27                                        )
                                          )
28                                        )
                                          )
29 _____ )

Debtor, Mario Montes, by and through their attorneys of record, Raymond Liu; and Creditor, Residential Credit Solutions, Inc. (Second Mortgage identified as "AMTRUST-SECOND"), enter into this Stipulation for resolution of the Debtor's Motion for conditional avoidance of Creditor's mortgage lien.

## RECITALS

A.    On or about **2/28/2007**, Debtor, for valuable consideration, made, executed and delivered to CREDITOR a Note secured by a Second Deed of Trust on the property commonly known as 1031 South Avocado Street, Anaheim, CA 92805 ("AMTRUST-SECOND").

B.    Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on 2/26/2010 in the United States Bankruptcy Court, CENTRAL District of California (SANTA ANA Division).

C.    Debtor's principal residence was valued at approximately **$370,000.00** on the date of the filing of said bankruptcy case.

D.    Debtor's principal residence is encumbered by a First Deed of Trust in favor of **Amtrust** in an amount of **$539,535.00**.

E.    The lien of Creditor is wholly unsecured in light of **Amtrust's** first deed of trust.

F.    The Debtor brought this Motion to Value Collateral to avoid Creditor's second position lien and deed of trust pursuant to 11 USC 1322.

**THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:**

1. CREDITOR'S second deed claim shall be deemed a general unsecured claim;

2. The avoidance of CREDITOR'S Second Deed of trust is contingent upon the DEBTOR'S successful completion of his Chapter 13 Plan in this case and receipt of a discharge in the instant bankruptcy filing.

3. If this Chapter 13 bankruptcy is dismissed or converted to another chapter under title 11, CREDITOR'S second position Deed of Trust shall remain a valid secured lien for the full amount due under the Promissory Note;

1   4. Upon foreclosure of the subject property by a senior lienholder prior to the date on
2      which DEBTOR receives his discharge, CREDITOR shall retain all rights under
3      applicable state law.

4

5   Dated: 10/6/2010 _____                    /s/ Kelly M. Raftery_____
                                                    Kelly M. Raftery, Esq.
6                                                   Attorney for Creditor

7

8   Dated: 10/ 18/ 10 _____

   Raymond Liu, Esq.
9                                                   Attorney for Movant

10

11

   IT IS SO ORDERED
12
   Dated: _____          By: _____
13
                                            Honorable Robert N. Kwan
                                            United States Bankruptcy Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

| In re: Mario Montes, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-12480-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>NOTICE OF STIPULATION AND ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGH</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/26/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| UNITED STATES TRUSTEE | TRUSTEE | COUNSEL FOR DEBTOR |
|---|---|---|
| ustpregion16.sa.ecf@usdoj.gov | Amrane Cohen (TR) | Raymond Liu |
| | efile@ch13ac.com | yoshizumir@yahoo.com |

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **10/26/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

DEBTOR - Mario Montes, 1031 South Avocado Street,  Anaheim, CA 92805

JUDGE'S COPY - The Honorable Judge, Robert N. Kwan, United States Bankruptcy Court - Santa Ana Division, 411 West Fourth Street, Suite 5165, Santa Ana, CA, 92701-4593

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/26/2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>10/26/2010</u> | **Warb Wilcox** | **/s/ Warb Wilcox** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            **F 9013-3.1**

| In re: | CHAPTER 13 |
|---|---|
| Mario Montes, | |
| Debtor(s). | CASE NUMBER 8:10-bk-12480-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Approving Stipulation** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"NEF"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **10/26/2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UNITED STATES TRUSTEE**
**ustpregion16.sa.ecf@usdoj.gov**

**TRUSTEE**
**Amrane Cohen (TR)**
**efile@ch13ac.com**

**COUNSEL FOR DEBTOR**
**Raymond Liu**
**yoshizumir@yahoo.com**

Kelly M Raftery
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

 **DEBTOR - Mario Montes, 1031 South Avocado Street,  Anaheim, CA 92805**

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**